**SIGNED.**

Dated: June 29, 2010



_____
**SARAH S. CURLEY**
**U.S. Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 |
| JOSEPH LOUIS COOK<br>DEBRA JEAN COOK, | Case No. 09-bk-30830 |
| Debtors. | MEMORANDUM DECISION |

On May 21, 2010, the Debtors filed their First Amended Disclosure Statement. On May 25, 2010, certain creditors and parties in interest filed an objection thereto. The Court has considered these pleadings in setting forth its decision hereafter.

1. The Debtors have failed to disclose a basis for the valuation of the numerous entities in which they have an interest. Although many of these entities are listed as "investments," it is still unclear why the entities have little or no value. For instance, have all of the assets of the entities been sold? Are the assets of the investment entities encumbered? Are the Debtors relying on book value or fair market value? The Court requires more disclosure as to these entities.

2. In a Chapter 11, a debtor should provide information to creditors as to a liquidation of his non-exempt assets. Otherwise, why should a court confirm a plan if the creditors will receive more under a Chapter 7 liquidation of assets? The Debtors have still failed to provide even a basic liquidation analysis.

3. The Court accepts the Debtors' disclosure as to avoidance and preference actions. The Debtors do not anticipate bringing any such actions. The creditor's objection

1 on this point is overruled.

2 Based upon the foregoing,

3 **IT IS ORDERED** that the Court shall not approve the Debtors' First Amended
4 Disclosure Statement.

5 **IT IS FURTHER ORDERED** that Creditors' Objection is sustained, in part, and
6 overruled, in part.

7 **IT IS FURTHER ORDERED** that the Debtors should file a Second Amended
8 Disclosure Statement within 30 days of the date of this Order. A hearing on the Second
9 Amended Disclosure Statement shall be set thereafter, with Counsel for the Debtors to submit a
10 notice of hearing to the Court

11 **IT IS FURTHER ORDERED** directing the Clerk's Office to provide <u>immediate</u>
12 notice of this Order to the Debtors, Debtors' counsel, the Objecting Creditors, the US Trustee,
13 and all creditors in this case and file an affidavit of service thereon.

SIGNED AND DATED ABOVE